James P. HOLLOWAY, Petitioner,

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 00–3186.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2001.

Richard W. CZUBINSKI, Petitioner,

v.

**DEPARTMENT OF the TREASURY, Respondent.**

No. 00–3170.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2001.

Before MAYER, Chief Judge, LOURIE and BRYSON, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDER and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Before CLEVENGER, SCHALL, and LINN, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.